

# Missouri Court of Appeals
## Southern District

**SEPTEMBER 9, 2014**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.   Case No.  SD32733

     Re:    HEALTH CARE RESOURCES, LLC,
            Plaintiff-Appellant,
            vs.
            JAMES RESTELLI, ROGER FULTON,
            and JEFFREY LOWE,
            Defendants-Respondents.